UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*ORIGINAL*

UNITED STATES                            )
                                         )
           Plaintiff,                    )
                                              CASE NUMBER   1:07MS00013
     v.
                                              JUDGE: John D. Bates
KENNETH BREWSTER,
                                              DECK TYPE: Miscellanous
           Defendant.
                                              DATE STAMP: 01/10/2007

---

### NOTICE OF REMOVAL OF SUBPOENA

     Court Services and Offender Supervision Agency (CSOSA), through undersigned

counsel, respectfully notifies the Court as follows:

     1.     CSOSA has been subpoenaed by Defendant to provide "any and all drug test

information from Kiana Drayton" in United States v. Kenneth Brewster, pending in the Superior

Court of the District of Columbia, Case No. 2005 CMD 2084.  CSOSA is not a party to that

action.

     2.     A copy of the subpoena is attached hereto.

     3.     CSOSA will move to quash, relying on federal law, within five days of the

removal of this action or such time as this Court shall order.

     4.     This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and Brown &

Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

     WHEREFORE, this matter is properly removed from the Superior Court of the District of

Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown &

Williamson Tobacco Corp. v. Williams, supra.

Dated: January 9, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

UNITED STATES,                          )
                                        )
                                        )
                                        )
                    v.                  )        Case No. 2005 FEL 003352
                                        )
KENNETH BREWSTER,                       )        Judge L. Satterfield
                                        )
                    Defendant,          )        Trial:  January 9, 2007
                                        )                Courtroom 316,  9:30 a.m.
                                        )
_____)

NOTICE OF FILING OF NOTICE OF REMOVAL OF A SUBPOENA MATTER

To:    GLADYS WEATHERSPOON, Esq.
       633 Indiana Ave., N.W., 2nd Floor
       Washington, DC 20001

       PLEASE TAKE NOTE that on January 9, 2007, the Court Services and Offender

Supervision Agency ("CSOSA" or "Agency"), recipient of a subpoena in this case, filed with the

Clerk of the United States District Court for the District of Columbia a Notice of Removal of the

subpoena in the above captioned case, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446.  The

underlying case is not being removed and will remain in Superior Court.

       With regard to the subpoena matter, the Superior Court of the District of Columbia "shall

proceed no further unless and until the [matter] is remanded."  See 28 U.S.C. § 1446(d).  A copy

of the Notice of Removal (and attachment) are attached hereto.

                              Respectfully submitted,

                              Jeffrey A Taylor (FM

                              JEFFREY A. TAYLOR , D.C. Bar # 498610
                              United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

*Informa Paupers*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA
*Duces Tecum*    CSOSA
OFFICE OF GENERAL COUNSEL
all

**UNITED STATES**
**DISTRICT OF COLUMBIA**

2007 JAN 10  A 1: 57

Case No. _2005 FEC 003352_

vs.

_Kenneth Brewster_

To: _____

**YOU ARE HEREBY COMMANDED:**                    _L. Satterfield_
    To appear before the Criminal Division room/courtroom _____ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the _10_ day of _JANUARY_ , 20 _07_, at _9:30_ a.m./p.m. as a witness for

☒ and bring with you _ANY AND ALL DRUG TEST INFORMATION from Kiana Drayton._

and do not depart from the Court without leave thereof.

    WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____ , 20 _____

Clerk, Superior Court
of the District of Columbia

**Officer in Charge**                    **District**

_Gladys Weatherspoon_
Attorney for Government/Defendant

Phone No. _202-628-1200_

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____    _____
           Date                            Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "**REMARKS,**" the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| _Linette Lander Assistant General Counsel_ | _202/220-5355_ |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "**REMARKS.**"

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | _9 JAN 07  2:45 PM_ |
| **REMARKS** | Signature of Title of Server |
| | _MILES REDDON POS INV._ |

CD-1072/Jan 00                                        *U.S. GPO: 2000-520-516/94582

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of January, 2007, I caused service of the

following: Notice of Filing of Notice of Removal and Notice of Removal to be made on

defendant, through counsel, by first class mail postage prepaid and addressed to:

      Gladys Weatherspoon, Esq.
      Public Defender Service
      633 Indiana Ave., N.W., 2nd Floor
      Washington, DC 20001

CLAIRE WHITAKER
Assistant United States Attorney