UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KENNETH BREWSTER, ) <br> ) <br> Defendant. ) <br> ) | Misc. No. 1:07MS00013 (JDB) |

## NOTICE OF DISMISSAL

Court Services and Offender Supervision Agency (CSOSA), through undersigned counsel, files this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of January, 2007, I caused service of the following: Notice of Dismissal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Gladys Weatherspoon, Esq.
Public Defender Service
633 Indiana Ave., N.W., 2nd Floor
Washington, DC 20001

/s/
CLAIRE WHITAKER
Assistant United States Attorney